**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-02267 JAK (SSx) | Date | September 19, 2013 |
| Title | Dominique Zarate v. Kalieh Honish, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 19, 2013, Magistrate Judge Segal held a settlement conference with the parties and a settlement was reached. Dkt. 29. The Court sets an Order to Show Cause re Dismissal for October 28, 2013 at 1:30 p.m. If the parties file a dismissal by October 18, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The October 21, 2013 Post Mediation Status Conference, April 7, 2014 Final Pretrial Conference, April 18, 2014 Exhibit Conference, and April 22, 2014 Trial are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer   ak