UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ZARATE, an individual,<br><br>Plaintiff,<br><br>vs<br><br>KALIEH HONISH, an individual; STEVE HENLEY, an individual; and CITY OF COVINA, a local public entity,<br><br>Defendants. | CASE NO. CV13-02267 JAK (SSx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br>**JS-6**<br><br>[F.R.C.P. § 41] |

Pursuant to the Joint Stipulation signed by all counsel in the above-entitled matter,

IT IS HEREBY ORDERED that this action be dismissed with prejudice.

DATED: October 24, 2013

By:_____

Honorable John A. Kronstadt,
United States District Court Judge
Central District of California

1

ORDER